**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 115088
*Attorneys for Plaintiff*

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 03 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Juan R. Henriquez, Jr., individually and on behalf of all those similarly situated,

Plaintiff,

-against-

Kirschenbaum Phillips & Levy, P.C.,

Defendant.

Docket No: 2:18-cv-04883-JFB-ARL

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: December 17, 2018

*The Clerk of the Court shall close the case.*

**BARSHAY SANDERS, PLLC**

By: /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115088
*Attorneys for Plaintiff*

**SO ORDERED**
Joseph Bianco
Joseph F. Bianco
USDJ
Date: Jan. 3, 20 19
Central Islip, N.Y.